SAMUEL L. BOWERS and HENRY GUMBERT, Appellants, *v.* JAMES JOHNS and EDWARD BARKER, Respondents.

APPEAL from the Tenth Judicial District.

The complaint in this case was filed to set aside an award, to obtain a perpetual injunction, and to open the accounts between the parties.

The District Court allowed the perpetual injunction, but denied the prayer of the plaintiff in all other respects; refusing to set aside the award, and to open the accounts.

Defendant appealed.

HEYDENFELDT, Justice.—This cause is reversed and remanded, upon the authority of the case of Russel *v.* Armador,* decided at last term, and for the same reasons. Costs to abide the event of the suit.

* See the case of Russel *v.* Armador, ante, p. 305.